UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOCCO BAILEY, | ) |
|         Petitioner, | ) |
| v. | ) No. 1:09-cv-1076-WTL-JMS |
| SUPERINTENDENT WRIGLEY, | ) |
|         Respondent. | ) |

**Entry Discussing Petition for Writ of Habeas Corpus**

In a prison disciplinary proceeding identified as No. 1:09-cv-1076-WTL-JMS, Jocco Bailey was found guilty of violating prison rules and was sanctioned. That determination has since been vacated and a new hearing will be conducted. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss (dkt 12) is **granted.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 12/28/2009

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jocco Bailey
No. 873649
Indiana State Prison
Inmate Mail/Parcels
One Park Row
Michigan City, IN 46360

Linda.Leonard@atg.in.gov